IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3084 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ADRIAN ZEPEDA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (filing 37), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Adrian Zepeda.

IT IS ORDERED that the Motion to Dismiss the Indictment (filing 37) is granted.

Dated this 4th day of February, 2009.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge